# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| **Name of debtor:** | Pendon Wynette Hill *aka Pendon McKenzie Hill*<br>*aka Pendon Wynette Washington*<br>*aka Pendon Wynette McKenzie* | **Case Number:** 14-30766 |
| **Trustee:** | E. Eugene Hastings | **Chapter** 13 |

## AMENDED RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 06/03/2019

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | BSI Financial Services | **Last four digits** of any number you use to identify the debtor's account: | 0782 |

## Part 1: Pre-Petition Arrears - Court claim no. (if known)8_____(Docket Entry #____)

☒ Creditor agrees that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

☐ Creditor does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:

Amount of pre-petition arrears due at filing: $_____

Amount received from the Chapter 13 Trustee: $_____

Pre-Petition arrears remaining due: $_____

## Part 2: Post-Petition Amounts

☐ Creditor agrees that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

☒ Creditor does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:

Post-Petition amounts remaining due: $637.39_____

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

## Schedule of Amounts Outstanding

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| | Description | | Dates incurred | Amount |
|---|---|---|---|---|
| 1. | Installment Payments | | 6/1/19 | $637.39 |
| 2. | Late Charges | | | |
| 3. | Non-sufficient funds (NSF) fees | | | |
| 4. | Attorney fees | | | |
| 5. | Filing fees and court costs | | | |
| 6. | Advertisement costs | | | |
| 7. | Sheriff/auctioneer fees | | | |
| 8. | Title costs | | | |
| 9. | Recording fees | | | |
| 10. | Appraisal/broker's price opinion fees | | | |
| 11. | Property inspection fees | | | |
| 12. | Tax advances (non-escrow) | | | |
| 13. | Insurance advances (non-escrow) | | | |
| 14. | Escrow shortage or deficiency (do not include amounts that are part of any installment payment.) | | | |
| 15. | Property preservation expenses. | | | |
| 16. | Other. | | | |
| 17. | **Total expenses, and charges.** Add all of the amounts listed above. | | | $637.39 |

## Part 3: Sign Here

Print Name:    Tabitha Mangano

Title:    Attorney

Company:    Jackson & McPherson, LLC.

/s/ Tabitha Mangano
Signature

Address and telephone number:    1010 Common Street
Suite 1800
New Orleans, LA 70112

Date:  07/02/2019

Telephone:  504-581-9444

Email: tmangano@jacksonmcpherson.com

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

IN RE:   PENDON WYNETTE HILL                     CASE NO. 14-30766
           *aka Pendon McKenzie Hill*
           *aka Pendon Wynette Washington*
           *aka Pendon Wynette McKenzie*


           DEBTOR                                 CHAPTER 13

### CERTIFICATE OF SERVICE

I certify that a copy of the Response to Notice of Final Cure Payment of BSI Financial Services has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's counsel, the Chapter 13 Trustee and the U.S. Trustee electronically, through CM/ECF on July 2, 2019.

Pendon Wynette Hill
631 E. Pecan Avenue
Bastrop, LA 71220

Elijah Orum Young, III, Counsel for Debtor
ecf1@eorumyoung.com

E. Eugene Hastings, Chapter 13 Trustee
ecftr@ch13monroe.com

/s/ Tabitha Mangano
Tabitha Mangano (No. 32569)